UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MAZEN S. HAMDAN (#445049)

VERSUS

RICHARD L. STALDER, ET AL

CIVIL ACTION

NO. 04-420-C

### RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 26, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the revised Motion for Summary Judgment of defendant Ronald Stanley is granted, dismissing the plaintiff's claims against this defendant, and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, November 16, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA